FOLD AND REMOVE                                                                                        FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Luigi Rosabianca
2342 Benson Avenue
Brooklyn, NY 11214
Soc Sec #: xxx-xx-xxxx   Employee ID: 380300198
*5706*
Home Department: 21 287 Broadway

Pay Period: 01/15/20 to 01/21/20
Check Date: 01/24/20   Check #: 5185200208

**NET PAY ALLOCATIONS**

| DESCRIPTION  | THIS PERIOD ($) | YTD ($)  |
|---|---|---|
| Check Amount | 885.99 | 3543.94 |
| NET PAY      | 885.99 | 3543.94 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly          | 40.00 | 15.0000 | 600.00  | 152.00 | 2280.00 |
| Overtime        | 20.00 | 22.5000 | 450.00  | 80.00  | 1800.00 |
| Holiday         |       |         |         | 8.00   | 120.00  |
| Total Hours     | 60.00 |         |         | 240.00 |         |
| Gross Earnings  |       |         | 1050.00 |        | 4200.00 |
| Total Hrs Worked| 60.00 |         |         |        |         |

**WITHHOLDINGS**

| DESCRIPTION    | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |      | 65.10  | 260.40 |
| Medicare        |      | 15.22  | 60.90  |
| Fed Income Tax  | S 10 | 15.00  | 60.00  |
| NY Income Tax   | S 10 | 38.54  | 154.16 |
| NY Disability   |      | 0.60   | 2.40   |
| NY Disability PFL |    | 2.84   | 11.36  |
| NY NYC Inc      | S 10 | 26.71  | 106.84 |
| **TOTAL**       |      | 164.01 | 656.06 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | 885.99 | 3543.94 |

*Payrolls by Paychex, Inc.*
0940 1906-1787  M & R Construction Group Inc • 2455 McDonald Ave • Brooklyn NY 11223-5232 • (718) 232-4988

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2020 FEB -7 A 11: 56
RECEIVED/MR