# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

**In Re:**
Rosabianca, Luigi

**Case No.** 20-40385-ess

**Chapter** 7    ▼

**Debtor(s)**

-------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Brooklyn, New York    ▼

_____
Debtor

_____
Joint Debtor

s/ pro se
_____
Attorney for Debtor

USBC-44

Rev. 11/15

Additional Creditor Matrix Addenda

NYC Department of Finance
66 John Street, Room 104
New York, New York 10038